IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| HARRIS-CORREA as representative of Ricky Harris on behalf of Ariel Harris | : : : | CIVIL ACTION |
| v. | : : | No. 05-153 |
| YAMAHA MOTOR CORP. USA, et al. | : | |

**ORDER**

AND NOW, this 21ˢᵗ day of May, 2008, parties' request to extend deadlines (Document 118) is DENIED.

BY THE COURT:

_____
Juan R. Sánchez, J.

**ATTEST:**
**WILFRED F. MORALES**
**CLERK OF THE COURT**

By: _____
Deputy Clerk